UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
JUN 26 2015
CLERK _____
SO. DIST. OF GA

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Willie Lee Smith, Jr. | ) Case No: 4:12CR00211-1 |
| a.k.a. "Chill" | ) USM No: 17685-021 |
| Date of Original Judgment: April 11, 2013 | ) Amy Lee Copeland |
| Date of Previous Amended Judgment: _____ | ) Defendant's Attorney |
| *(Use Date of Last Amended Judgment if Any)* | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[X] **DENIED.** [ ] **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated ___April 11, 2013___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __06-25-15__

_____
*Judge's signature*

Effective Date: __November 1, 2015__
*(if different from order date)*

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*